IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case No. 9:14-cv-81294-MIDDLEBROOKS-BRANNON

GREGORY HOLLIDAY, on behalf of himself
and all others similarly situated,

      Plaintiff,

  v.

ALBION LABORATORIES, INC.,
VITACOST.COM, INC.,
DRVITA, INC., and
JOHN DOES 1 through 50,

      Defendants.
_____/

**PLAINTIFF GREGORY HOLLIDAY'S NOTICE OF**
**VOLUNTARY DISMISSAL OF DRVITA, INC. WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Gregory Holliday ("Plaintiff"), hereby does and shall voluntarily dismiss all of his claims against DrVita, Inc., in the above-captioned action with prejudice.[1]

---

[1] This Notice of Voluntary Dismissal of DrVita, Inc., With Prejudice, has, and shall have, no effect on Plaintiff's claims in the above-captioned action against Albion Laboratories, Inc. ("Albion"), Vitacost.com, Inc. ("Vitacost"), or John Does 1 through 50.  Plaintiff does not dismiss his action against Albion, Vitacost, or John Does 1 through 50, nor does he dismiss any of his claims against Albion, Vitacost, or John Does 1 through 50.

Date: February 17, 2015					Respectfully submitted,

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

  /s/ Scott R. Shepherd
Scott R. Shepherd (Bar No. 69655)
Nathan C. Zipperian (Bar No. 61525)
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: sshepherd@sfmslaw.com
           nzipperian@sfmslaw.com

**REESE RICHMAN LLP**

Kim E. Richman (admitted *pro hac vice*)
875 Avenue of the Americas, 18th Floor
New York, NY  10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: krichman@reeserichman.com

**LAW OFFICE OF RICHARD W. MEIROWITZ**

Richard W. Meirowitz (admitted *pro hac vice*)
10 Muncy Avenue
Suite 606
West Babylon, NY  11704
Telephone: (917) 612-3409
Email: meirowitz@aol.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

 The undersigned certifies that on February 17, 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send copies to all counsel of record identified on the service list below.

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

 *Scott R. Shepherd*
Scott R. Shepherd (Florida Bar No. 69655)
Nathan C. Zipperian (Florida Bar No. 61525)
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: sshepherd@sfmslaw.com
   nzipperian@sfmslaw.com

**REESE RICHMAN LLP**
Kim E. Richman (admitted *pro hac vice*)
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: krichman@reeserichman.com

**LAW OFFICE OF RICHARD W. MEIROWITZ**
Richard W. Meirowitz (admitted *pro hac vice*)
10 Muncy Avenue
Suite 606
West Babylon, NY 11704
Telephone: (917) 612-3409
Email: meirowitz@aol.com

**AKERMANN LLP**
Attorneys for Defendant Albion Laboratories, Inc.
Lawrence D. Silverman
Florida Bar No. 0007160
Alexandra M. Mora
Florida Bar No. 052368
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: lawrence.silverman@ackerman.com
         alexandra.mora@akerman.com

**DLA PIPER LLP (US)**
Attorneys for Defendant Vitacost.com, Inc.
Fredrick Howard Lebron McClure
Florida Bar No. 147354
Edward Colin Thompson
Florida Bar No. 684929
100 North Tampa Street
Suite 2200
Tampa, FL 33602
Telephone: (813) 229-2111
Facsimile: (813) 229-1447
Email: fredrick.mcclure@dlapiper.com
         colin.thompson@dlapiper.com

**GRAY ROBINSON, P.A.**
Attorneys for Defendant DrVita, Inc.
Kenneth Blair Jacobs
Florida Bar No. 965080
50 North Laura Street
Suite 1100
Jacksonville, FL 32202
Telephone: (904) 598-9929
Facsimile: (904) 598-9109
Email: kjacobs@gray-robinson.com